

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2016

No. 04-16-00288-CV

**CHRISTUS SPOHN HEALTH SYSTEM CORPORATION D/B/A CHRISTUS SPOHN HOSPITAL ALICE,**
Appellant

v.

Aundria **HINOJOSA** and Florencio Hinojosa, V, Individually as Wrongful Death Beneficiaries of Florencio Hinojosa, VI, Deceased and on Behalf of Florencio Hinojosa, VI, deceased,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-07-54935-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellant's reply brief is due August 15, 2016. Appellant has filed an unopposed motion to extend time to file the reply brief by ten days. We **GRANT** appellant's motion and **ORDER** appellant to file the reply brief on or before August 25, 2016.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2016.



Keith E. Hottle
Clerk of Court